NUMBER 13-04-372-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

MICHAEL GIBNEY,                                                            Appellant,

v.

ROY CULVER, JR., ET AL.,                                                Appellees.
_______________________________________________________

On appeal from the 36th District Court 
 of San Patricio County, Texas
_______________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, MICHAEL GIBNEY, attempted to perfect an appeal from a judgment
entered by the 36th District Court of San Patricio County, Texas. On June 16, 2004,
the trial court granted appellant’s motion for new trial.
         The Court, having examined and fully considered the documents on file and the
trial court’s order granting a new trial, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                                                 PER CURIAM
Memorandum Opinion delivered and 
filed this the 21st day of October, 2004.